November 17, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

NEGOTIATE ONE, INC., Appellant

NO. 14-15-00173-CV                          V.

MEMBERS CHOICE CREDIT UNION, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on December 16, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Negotiate One, Inc.

We further order this decision certified below for observance.